In the Matter of the Estate of CHARLES A. SCHERZINGER, Deceased.

GEORGE T. SCHERZINGER, Appellant; MARIE L. SCHERZINGER, as Administratrix of the Estate of CHARLES A. SCHERZINGER, Deceased, Respondent.

Argued April 12, 1948; decided April 22, 1948.

*William F. Cassin* for motion.
*James N. Vaughan* opposed.

Motion denied, without prejudice to a renewal thereof upon the argument of the appeal.